UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT, a public entity,<br><br>    Defendants.<br>_____/ | Case No.: 2:08-CV-02777-JAM-DAD<br><br>**ORDER FOR STIPULATION FOR EXTENSION OF TIME FOR RESPONSE TO PLAINTIFF'S COMPLAINT** |

    Having reviewed the Stipulation signed by the parties and filed with this court as to an extension of time for Defendant to respond to Plaintiff's Complaint, the Court hereby orders as follows:

    Defendant's response to Plaintiff's Complaint, originally due in this Court on or before Wednesday, December 10, 2008, is now due to be filed in this Court on or before Friday, January 9, 2009.

**IT IS SO ORDERED.**

Dated: 12/11/2008

                                                        /s/ John A. Mendez
                                                        Judge of the U.S. District Court,
                                                        Eastern District of California