IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FOLSOM-CORDOVA UNIFIED SCHOOL DISTRICT, a public entity<br><br>    Defendant.<br>_____/ | No. Civ. 2:08-CV-02777 JAM DAD<br><br>RECUSAL ORDER |

    YOU ARE HEREBY NOTIFIED that Judge Mendez ordered the following in respect to the above-entitled action:

    Upon examination of the above-captioned action, Judge Mendez disqualifies himself.  Good cause appearing therefore,

    IT IS HEREBY ORDERED that Judge Mendez recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

1

PDF created with pdfFactory trial version www.pdffactory.com

the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 29, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com