IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER,  )
                   )  2:08-cv-02777-GEB-DAD
         Plaintiff, )
                   )  AMENDMENTS TO
     v.            )  SCHEDULING ORDER
                   )
FOLSOM-CORDOVA UNIFIED SCHOOL )
DISTRICT,          )
                   )
         Defendant. )
_____)

On June 24, 2009, the parties filed a stipulation in which they state a new scheduling order is required in light of the recusal order resulting in this action being reassigned to the undersigned judge. However, the parties have not shown that a new scheduling order is necessary. Rather, certain dates and requirements in the existing scheduling order filed January 21, 2009, are modified as follows:

    1.   the last hearing date for motions is February 22, 2011 commencing at 9:00 a.m.;

    2.   the requirement for a mid-litigation statement is rescinded;

    3.   the final pretrial conference shall commence at 1:30 p.m. on April 18, 2011;  a Joint Pretrial Statement shall be filed no later than seven (7) days prior to the final pretrial

1

conference;  proposed jury instructions, proposed voir dire and a proposed verdict form shall be filed seven (7) days prior to the pretrial conference; and

    4.   trial shall commence at 9:00 a.m. on May 10, 2011.

Dated:  June 29, 2009

```
                    _____
                    GARLAND E. BURRELL, JR.
                    United States District Judge
```