IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER,

    Plaintiff,

    v.

FOLSOM CORDOVA UNIFIED
SCHOOL DISTRICT,

    Defendant.

No. CIV S-08-2777 JAM DAD

ORDER

/

    This case is on the court's June 4, 2010 calendar for hearing of defendant's March 26, 2010 motion to compel further responses to multiple discovery requests and for an award of costs and fees. Plaintiff has filed opposition to the motion.

    Pursuant to Local Rule 251, the hearing of a discovery motion is had in this court

> by the filing and service of a notice of motion and motion scheduling the hearing date on the appropriate calendar at least twenty-one (21) days from the date of filing and service. **No other documents need be filed at this time.**

Local Rule 251(a) (emphasis added). After the motion is filed and served, the parties are required to confer and to cooperate in the filing of a Joint Statement re Discovery Disagreement. See Local Rule 251(b) & (c). Local Rule 251(c), which describes in detail the contents and organization of the mandatory joint statement which must be filed at least seven days before the

1

scheduled hearing date, expressly provides that "[a]ll arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion shall be included in this joint statement, **and no separate briefing shall be filed**." Local Rule 251(c) (emphasis added). The joint statement should not be accompanied by declarations and copies of correspondence between counsel, because all details of the parties' meet-and-confer efforts must be set forth in the joint statement. Similarly, the joint statement should not include exhibits comprised of complete copies of the parties' discovery requests and responses, because each individual interrogatory or other discovery request at issue, and the response to it, shall be reproduced in full in the joint statement, followed by the parties' respective arguments and supporting authorities as to that specific discovery request. Local Rule 251(c). The briefing filed by the parties is not in compliance with Local Rule 251.

        Accordingly, IT IS ORDERED that:

        1. The court will disregard the memorandum of points and authorities, declaration, and voluminous exhibits attached to defendant's notice of motion and motion to compel (Doc. No. 32);

        2. The court will disregard plaintiff's opposition (Doc. No. 36) to defendant's motion to compel; and

        3. The parties are directed to comply with Local Rule 251 with respect to the contents and time for filing of the joint statement.

DATED: May 27, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/kemper2777.mtc.jtstmt