IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER,

     Plaintiff,                        No. CIV S-08-2777 GEB DAD

     v.

FOLSOM CORDOVA UNIFIED
SCHOOL DISTRICT,
                                    <u>ORDER</u>
     Defendant.
_____/

         This matter came before the court on June 4, 2010, for hearing on defendant's motion to compel further answers to requests for admission, special interrogatories, and requests for production of documents, and defendant's request for costs and fees. Alison F. Wessel, Esq. appeared for the moving party. Keith D. Cable, Esq. appeared for plaintiff.

         For the reasons stated on the record, defendant's March 26, 2010 motion (Doc. No. 32) is granted in part. Plaintiff's first general objection to the discovery requests at issue is recognized by the court as a non-objection, and defendant's motion for removal of the first general objection from plaintiff's responses is therefore denied. Defendant's motion for removal of the second general objection from plaintiff's responses is granted, and the court strikes the second general objection from plaintiff's responses to the discovery requests at issue. Defendant's motion to compel further answers to its requests for admission is granted with

1

respect to Requests for Admission Nos. 17, 18, 19, 20, 33, and 34, and is otherwise denied. Defendant's motion to compel further answers to special interrogatories and requests for production of documents is denied. Defendant's request for costs and fees is also denied. Plaintiff's further responses shall be served within twenty-one days after this order is filed, absent the parties' stipulation to additional time.

   IT IS SO ORDERED.

DATED: June 7, 2010.

               _____
               DALE A. DROZD
               UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/kemper2777.oah.mtc.060410