KEITH D. CABLE (SBN 170055)
CABLE GALLAGHER
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 608-7995
Facsimile: (916) 608-7986

Attorneys for Plaintiff
EDWARD L. KEMPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Defendants. | Case No. 2:08-CV-02777-GEB-DAD<br><br>**NOTICE OF NON-AVAILABILITY**<br><br>Judge:　Hon. Garland E. Burrell, Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Keith D. Cable, counsel for Plaintiff EDWARD L. KEMPER, will be on vacation from Saturday August 21, 2010 through Friday September 10, 2010. Therefore, Mr. Cable will be unavailable to personally attend to any matters in this litigation during that period. Please do not notice, serve or set any matters during this timeframe.


Dated: August 3, 2010　　　　　　　　CABLE GALLAGHER

　　　　　　　　　　　　　　　　　　By: /s/ Keith D. Cable
　　　　　　　　　　　　　　　　　　　　KEITH D. CABLE
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff