IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER,<br><br>         Plaintiff,<br><br>     v.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT,<br><br>         Defendant.<br>_____ | 2:08-cv-02777-GEB-DAD<br><br>ORDER STRIKING SEPARATE PRETRIAL STATEMENTS, REQUIRING JOINT PRETRIAL STATEMENT AND SUBSTANTIVE JURY INSTRUCTIONS, AND RESCHEDULING FINAL PRETRIAL CONFERENCE |

Each separate "Pretrial Statement", filed on September 19, 2011, is stricken. The parties shall file a **joint** pretrial statement no later that September 26, 2011. Further, since the parties failed to timely file a joint pretrial statement as previously ordered, the final pretrial conference presently scheduled in this action on September 26, 2011 is rescheduled to commence at 1:30 p.m. on October 3, 2011. Further, the parties shall also file proposed jury instructions on the claims and defenses to be tried at the same time they file their joint pretrial statement.

Dated:  September 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1