1
2
3
4
5               IN THE UNITED STATES DISTRICT COURT
6          FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8   EDWARD L. KEMPER,           )
                      )  2:08-cv-02777-GEB-DAD
9          Plaintiff,  )
                      )
10      v.           )  ORDER*
                      )
11  FOLSOM CORDOVA UNIFIED SCHOOL  )
    DISTRICT, a public entity,  )
12                  )
          Defendant.  )
13  _____

14
15        On September 23, 2011, Plaintiff filed a motion for leave to
file a third amended complaint. However, the Final Pretrial Conference
16 ("FPC") was held in this action on October 3, 2011, during which
17 Plaintiff was asked about this motion and responded he was not then
18 prepared to discuss the basis of the motion. As mentioned at the FPC,
19 once a final pretrial order is filed, it controls the course of this
20 action and that order could only be modified "to prevent manifest
21 injustice." Fed. R. Civ. P. 16(e); see also Donovan v. Crisostomo, 689
22 F.2d 869, 875 (9th Cir. 1982)("A pre-trial order . . . supersedes the
23 pleadings under [Federal Rule of Civil Procedure] 16 and 'controls the
24 subsequent course of the action.'" (internal citation omitted)); Byrd v.
25 Guess, 137 F.3d 1126, 1132 (9th Cir. 1998)(stating absence a showing that
26 "manifest injustice would result if the pretrial order is not modified"
27
28     *   This matter is deemed suitable for decision without oral
argument.  E.D. Cal. R. 230(g).

                       1

1 the pretrial order shall not be modified). Since a Final Pretrial Order

2 was filed on October 5, 2011, that "final pretrial order . . .

3 'control[s] the subsequent course of the action.'" <u>Rockwell Int'l Corp.</u>

4 <u>v. United States</u>, 549 U.S. 457, 474 (2007). Therefore, Plaintiff's

5 September 23, 2011 motion in which Plaintiff seeks to amend a pretrial

6 scheduling order is misplaced since it fails to address the Final

7 Pretrial Order.

8      For the stated reasons, Plaintiff's motion filed on September

9 23, 2011 is DENIED.

10 Dated: October 5, 2011

11

12 _____
    GARLAND E. BURRELL, JR.

13     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28